AO 108 (2/90) Application for Seizure Warrant

# United States District Court

DISTRICT OF SOUTH CAROLINA

In the Matter of the Seizure of

All incoming monetary wire transfers originating from any foreign bank on behalf of Positive Escrow Services and/or Global Reach Partners (referencing Positive Escrow Services) through HSBC Bank USA, N.A. for a period of (15) days.

APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT

CASE NUMBER: 6:11-2218

I, James B. Motley Jr., being duly sworn, depose and say:

I am a SPECIAL AGENT WITH THE UNITED STATES SECRET SERVICE and have reason to believe that certain property known as the contents of all incoming monetary wire transfers originating from any foreign bank, sent on behalf of Positive Escrow Services through HSBC Bank USA, N.A. for a period of (15) days, constitutes property subject to seizure and forfeiture pursuant to the following statutes: 18 U.S.C. § 981(a)(1)(C) [any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of a "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)) is subject to forfeiture to the United States] and 18 U.S.C. § 981(a)(1)(A) [any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 is subject to forfeiture to the United States, as is any property traceable to such property]. 18 U.S.C. § 981(b) authorizes the issuance of seizure warrants for civil forfeitures and 18 U.S.C. § 981(b)(3) authorizes the issuance of a seizure warrant by a judicial officer in any district in which a forfeiture action against property may be filed. The facts to support a finding of probable cause are contained in the Affidavit attached to the Application and Affidavit for Seizure Warrant as ATTACHMENT A.

Continued on the attached sheet and made a part hereof:    X Yes  ☐ No

_____
Signature of Affiant

James B. Motley Jr., Special Agent
United States Secret Service

Sworn to before me and subscribed in my presence,

September  /  , 2011
Date

at     Greenville, SC
City and State

*Kevin F. McDonald*
United States Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer