AO 93 (Rev. 12/09)   Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

In the Matter of the Search of

All incoming monetary wire transfers originating from any foreign bank on behalf of Positive Escrow Services and/or Global Reach Partners (referencing Positive Escrow Services) through HSBC Bank USA, N.A. for a period of (15) days.

Case No.) 6:11-cr-2218

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property related to criminal activity in the District of South Carolina be seized as being subject to forfeiture to the United States of America.   The property is described as follows:   All incoming monetary wire transfers originating from any foreign bank on behalf of Positive Escrow Services and/or Global Reach Partners (referencing Positive Escrow Services) through HSBC Bank USA, N.A. for a period of (15) days.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   September 15, 2011
(not to exceed 14 days)

❏ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night as I find reasonable cause has

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kevin F. McDonald.

❏ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized     ❏ for _____ days (not to exceed 30).
❏ until, the facts justifying, the later specific date of _____.

Date and time issued: September 1, 2011   4:26 p.m.

_____
Judge's signature

City and state:   Greenville, South Carolina            Kevin F. McDonald, U.S. Magistrate Judge
                                                        Printed name and title

AO 109 (Rev. 8/98) Seizure Warrant (Reverse)

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED 9/1/11 | DATE AND TIME WARRANT EXECUTED 9/1/11 5pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH lynn Hughes - HSBC |
| INVENTORY MADE IN PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

N/A —

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     10/17/11
U.S. Judge or Magistrate Judge     Date